Derek Maurice Roots #1808151
3001 South Emily Drive
Beeville Tx. 78102

Date: 12-20-2014
Copy #1 of #2

Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin Texas 78711

Re: Case No. PD-0059-14
COA#: 02-12-00440-CR, TC#1179485D

On Wed. April 30, 2014 my petition for discretionary review was refused. However, I never received a "Mandate". Could you please forward a "Mandate" so I may know for 11.07 writ purposes.. Thank you.

Respectfully,

CC: File

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 16 2015

Abel Acosta, Clerk